## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-00377-JAK-DFM | Date: | June 22, 2026 |
|---|---|---|---|
| Title | Julian J. Alexander v. Sergeant Brazil et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:    (IN CHAMBERS) Order to Show Cause**

On November 13, 2025, Defendants Uvias-Alcantar, Ugalde, Herrera, Browder, and Vara moved for partial dismissal of Plaintiff's Complaint, and all Defendants moved to strike Exhibits A and B to Plaintiff's Complaint. See Dkt. 28 (Defendants' "Motion"). The Court set January 9, 2026 as Plaintiff's deadline to file an opposition to Defendants' Motion. See Dkt. 31.

On or about January 4, 2026, Plaintiff filed a Motion for Extension of Time to Respond to Defendants' Motion. See Dkt. 32. The Court granted Plaintiff's extension request, giving him until January 26, 2026 to file an opposition. See Dkt. 33.

On or about January 25, 2026, Plaintiff filed a second Motion for Time Enlargement, requesting an additional thirty-five (35) days to respond to Defendants' Motion. See Dkt. 34. Defendants filed a Notice of Non-Opposition. See Dkt. 35. The Court granted Plaintiff's second extension request, giving him until March 31, 2026 to file an opposition. See Dkt. 36.

To date, Plaintiff has not filed an opposition to Defendants' Motion. The Court explicitly warned Plaintiff that failure to do so may be deemed consent to the granting of the Motion under Local Rule 7-12. See id.

Plaintiff is **ORDERED TO SHOW CAUSE** in writing and no later than ten (10) days from the date of this Order why the Court should not deem his failure to file an opposition as consent to the granting of the Motion and why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order by serving and filing: (a) his opposition to

| CV-90 (12/02) | CIVIL MINUTES-GENERAL | Initials of Deputy Clerk: nb |
|---|---|---|
| | | **Page 1 of 2** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Defendants' Motion; (b) a notice of non-opposition to Defendants' Motion; and/or (c) a notice of voluntary dismissal of the action.

The Court admonishes Plaintiff that his failure to file a timely response to this Order will be deemed by the Court as evidence of a lack of prosecution, and may result in a recommendation to the District Judge that this action be dismissed on those grounds.

If Plaintiff files an opposition to Defendants' Motion, Defendants' optional reply will be due no later than seven (7) days after Plaintiff's opposition is filed. The Court will take the Motion under submission as of the due date for the reply and will decide the Motion without a hearing. See Local Rule 7-15.